## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, John K. Weinstein, on behalf of Allegheny County Employees' Retirement System ("ACERS"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the President of the Retirement Board of Allegheny County. I am fully authorized to enter into and execute this Certification on behalf of ACERS. I have reviewed the complaint and authorize its filing.

2. ACERS did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. ACERS is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. ACERS' transactions in the Karyopharm Therapeutics, Inc. securities that are the subject of this action are set forth in the chart attached hereto.

5. ACERS has not sought to serve as a lead plaintiff or representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification.

6. ACERS will not accept any payment for serving as a representative party on behalf of the Class beyond ACERS' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22 day of July 2019.

*[signature]*

John K. Weinstein
President, Retirement Board *of Allegheny County, on behalf of Allegheny County Employees' Retirement System*

**Allegheny County Employees' Retirement System**
**Transactions in Karyopharm Therapeutics, Inc.**

| Transaction | Date | Shares | Price |
| --- | --- | --- | --- |
| Purchase | 5/3/2018 | 2,590 | 14.7500 |
| Purchase | 5/4/2018 | 940 | 16.0833 |
| Purchase | 5/7/2018 | 240 | 17.1216 |
| Purchase | 5/8/2018 | 370 | 17.4800 |
| Purchase | 9/10/2018 | 180 | 19.0150 |
| Purchase | 9/11/2018 | 640 | 19.5400 |
| Purchase | 11/8/2018 | 190 | 11.7197 |
| Purchase | 12/3/2018 | 990 | 11.1325 |
| Purchase | 12/4/2018 | 880 | 10.7264 |
| Purchase | 12/6/2018 | 1,211 | 10.1931 |
| Purchase | 12/7/2018 | 980 | 10.0273 |
| Purchase | 12/11/2018 | 1,390 | 10.1916 |
| Purchase | 12/18/2018 | 150 | 9.2066 |