UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALLEGHENY COUNTY EMPLOYEES' RETIREMENT SYSTEM, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>KARYOPHARM THERAPEUTICS INC., MICHAEL G. KAUFFMAN, SHARON SHACHAM, JUSTIN A. RENZ, MICHAEL F. FALVEY, GAREN G. BOHLIN, MIKAEL DOLSTEN, SCOTT GARLAND, BARRY E. GREENE, MANSOOR RAZA MIRZA, DEEPA R. PAKIANATHAN, KENNETH E. WEG, CANTOR FITZGERALD & CO., J.P. MORGAN SECURITIES LLC, JEFFERIES LLC, and LEERINK PARTNERS LLC,<br><br>    Defendants. | No. 1:19-cv-11597-NMG<br><br><u>CLASS ACTION</u> |

**<u>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL</u>**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Allegheny County Employees' Retirement System ("Plaintiff") hereby voluntarily dismisses all claims in *Allegheny County Employees' Retirement System v. Karyopharm Therapeutics Inc.*, No. 1:19-cv-11597-NMG (the "Action"), without prejudice, as to all Defendants. Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified. Accordingly, Plaintiff's dismissal of the Action is effective upon filing on this notice.

Dated: March 12, 2020

**BLOCK & LEVITON LLP**

/s/ Jacob A. Walker
Jeffrey C. Block (BBO #600747)
Jacob A. Walker (BBO #688074)
260 Franklin Street, Suite 1860
Boston, MA 02110
Telephone: (617) 398-5600
Facsimile: (617) 507-6020
jeff@blockesq.com
jake@blockesq.com

*Liaison Counsel for Plaintiff*

**BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP**

John C. Browne
Hannah Ross
Avi Josefson
Michael D. Blatchley
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
johnb@blbglaw.com
hannah@blbglaw.com
avi@blbglaw.com
michaelb@blbglaw.com

*Counsel for Plaintiff*

**Certificate of Service**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants on March 12, 2020.

/s/ Jacob A. Walker